**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Enrique AVALOS–BARRIGA, Defendant–Appellant.**

No. 06–56693.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Todd Robinson, Federal Office Building, San Diego, CA, for Plaintiff–Appellee.

Enrique Avalos–Barriga, Adelanto, CA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Federal prisoner Enrique Avalos–Barriga appeals from the district court's judg-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ment denying his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Because Avalos–Barriga's claim of ineffective assistance of counsel during trial has been explicitly addressed in a previous proceeding, we will not reconsider that issue. *See United States v. Avalos–Barriga,* 21 Fed.Appx. 626 (9th Cir.2001).

We deny Avalos–Barriga's request to expand the certificate of appealability. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.